**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maria L.,

Petitioner,

v.

Todd Blanche, *in his official capacity as Acting Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; Todd Lyons, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and Joel Brott, *in his official capacity as Sheriff of Sherburne County*,

Respondents.

Civ. No. 26-2515 (JWB/ECW)

**ORDER**

---

Respondents filed a letter on November 9, 2026, advising that the Board of Immigration Appeals denied Petitioner's administrative appeal on October 16, 2026. (Doc. No. 26.) Respondents contend that Petitioner’s removal order is now administratively final, that her detention is governed by 8 U.S.C. § 1231(a)(2), and that no effective relief remains available on Petitioner’s pending Motion to Enforce (Doc. No. 23).

The BIA’s disposition may alter the statutory basis for Petitioner’s present detention, but it does not necessarily resolve whether Respondents complied with any

previously entered order or whether relief remains available on the pending motion. Those questions require consideration of the relief sought and the effect of the subsequent administrative decision.

Accordingly, Petitioner shall, within five days of this Order, file a response not exceeding five pages addressing the effect of the BIA's October 16, 2026 decision on the pending Motion to Enforce, including whether any effective relief remains available and the legal basis for that relief. Respondents may file a reply, not exceeding five pages, within three days thereafter.

The Motion to Enforce remains under advisement pending those submissions.

Date: November 11, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge